IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEYLI CURTHIS                                                      PLAINTIFF

v.                              Case No. 4:12-cv-244-KGB

VISION'S, Individually and d/b/a VISIONS,
And/or VISIONS CABARET; MINOR BOOTH,
Individually and d/b/a/ VISIONS and/or VISIONS
CABARET; WILLIAM MARFOGLIO, Individually
and d/b/a VISIONS and/or VISIONS CABARET
and DARRIN GAMBLE, Individually and d/b/a
VISIONS and/or VISIONS CABARET                                    DEFENDANTS

*****************

KRISTIN WHITWORTH                                                 PLAINTIFF

v.                              Case No. 4:12-cv-279-KGB

VISION'S, Individually and d/b/a VISIONS,
And/or VISIONS CABARET; MINOR BOOTH,
Individually and d/b/a/ VISIONS and/or VISIONS
CABARET; WILLIAM MARFOGLIO, Individually
and d/b/a VISIONS and/or VISIONS CABARET
and DARRIN GAMBLE, Individually and d/b/a
VISIONS and/or VISIONS CABARET                                    DEFENDANTS

## ORDER

In case number 4:12-cv-279-KGB, plaintiff Kristin Whitworth filed an unopposed motion

to consolidate case numbers 4:12-cv-279-KGB and 4:12-cv-244-KGB.  The case number 4:12-

cv-279-KGB was previously assigned to United States District Judge D.P. Marshall Jr., who

granted the motion to consolidate (Dkt. No. 7 in 4:12-cv-279-KGB).  Case number 4:12-cv-244-

KGB shall now be the lead case.  All further motions, pleadings, and other papers should be filed

in case number 4:12-cv-244-KGB.

SO ORDERED this the ⎯11⎯ day of September, 2012.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Kristine G. Baker
United States District Judge