IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KEYLI CURTHIS**                                                                                         PLAINTIFF

v.                              Case No. 4:12-cv-244-KGB

VISION'S, Individually and d/b/a VISIONS,
And/or VISIONS CABARET; MINOR BOOTH,
Individually and d/b/a/ VISIONS and/or VISIONS
CABARET; WILLIAM MARFOGLIO, Individually
and d/b/a VISIONS and/or VISIONS CABARET
and DARRIN GAMBLE, Individually and d/b/a
VISIONS and/or VISIONS CABARET                                              DEFENDANTS

*****************

**KRISTIN WHITWORTH**                                                                              PLAINTIFF

v.                              Case No. 4:12-cv-279-KGB

VISION'S, Individually and d/b/a VISIONS,
And/or VISIONS CABARET; MINOR BOOTH,
Individually and d/b/a/ VISIONS and/or VISIONS
CABARET; WILLIAM MARFOGLIO, Individually
and d/b/a VISIONS and/or VISIONS CABARET
and DARRIN GAMBLE, Individually and d/b/a
VISIONS and/or VISIONS CABARET                                              DEFENDANTS

## ORDER

In case number 4:12-cv-279-KGB, plaintiff Kristin Whitworth filed an unopposed motion to consolidate case numbers 4:12-cv-279-KGB and 4:12-cv-244-KGB. The case number 4:12-cv-279-KGB was previously assigned to United States District Judge D.P. Marshall Jr., who granted the motion to consolidate (Dkt. No. 7 in 4:12-cv-279-KGB). Case number 4:12-cv-244-KGB shall now be the lead case. All further motions, pleadings, and other papers should be filed in case number 4:12-cv-244-KGB.

SO ORDERED this the \_11\_ day of September, 2012.

                                                  */s/ Kristine G. Baker*
                                                  Kristine G. Baker
                                                  United States District Judge