## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**KEYLI CRUTHIS, CORTNY SPURLOCK,**
**and KRISTEN WHITWORTH**                                    **PLAINTIFFS**

**vs.**                              **Case No. 4:12-cv-244-KGB**

**VISION'S, individually and d/b/a VISIONS and/or**
**d/b/a VISIONS CABARET; MINOR BOOTH, Individually**
**and d/b/a VISIONS and/or VISIONS CABARET**                **DEFENDANTS**

### ORDER

Before the Court is plaintiffs' motion to strike certain affirmative defenses (Dkt. No. 12).

Defendants have responded (Dkt. No. 15), and plaintiffs have replied (Dkt. No. 18). Two other

motions were filed in connection with the motion to strike. With their reply brief, plaintiffs filed

a motion for leave to file a legally confidential document under seal (Dkt. No. 19). Three days

later, plaintiffs filed a motion that asks the Court to strike their reply from the record and allow

plaintiffs to submit an amended reply brief (Dkt. No. 21).

By Order dated October 25, 2012, the Court granted plaintiffs leave to amend their

complaint. That same day plaintiffs also filed a second amended and substituted complaint (Dkt.

No. 24). Based on the filing of plaintiffs' second amended and substituted complaint, the Court

denies as moot plaintiffs' motion to strike certain affirmative defenses (Dkt. No. 12), plaintiffs'

motion to file a legally confidential document under seal (Dkt. No. 19), and plaintiffs' motion to

strike and substitute their reply (Dkt. No. 21).

The Clerk of Court is directed to update the style of this case to reflect that William

Marfoglio and Darrin Gamble are no longer parties.

SO ORDERED this the 30 day of October, 2012.

Kristine G. Baker
United States District Judge