IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEYLI CRUTHIS, CORTNY SPURLOCK,
and KRISTEN WHITWORTH                                                    PLAINTIFFS

vs.                             Case No. 4:12-cv-244-KGB

VISION'S, individually and d/b/a VISIONS and/or
d/b/a VISIONS CABARET; MINOR BOOTH, Individually
and d/b/a VISIONS and/or VISIONS CABARET                                 DEFENDANTS

## ORDER

Before the Court is plaintiffs' motion to strike certain affirmative defenses (Dkt. No. 12). Defendants have responded (Dkt. No. 15), and plaintiffs have replied (Dkt. No. 18). Two other motions were filed in connection with the motion to strike. With their reply brief, plaintiffs filed a motion for leave to file a legally confidential document under seal (Dkt. No. 19). Three days later, plaintiffs filed a motion that asks the Court to strike their reply from the record and allow plaintiffs to submit an amended reply brief (Dkt. No. 21).

By Order dated October 25, 2012, the Court granted plaintiffs leave to amend their complaint. That same day plaintiffs also filed a second amended and substituted complaint (Dkt. No. 24). Based on the filing of plaintiffs' second amended and substituted complaint, the Court denies as moot plaintiffs' motion to strike certain affirmative defenses (Dkt. No. 12), plaintiffs' motion to file a legally confidential document under seal (Dkt. No. 19), and plaintiffs' motion to strike and substitute their reply (Dkt. No. 21).

The Clerk of Court is directed to update the style of this case to reflect that William Marfoglio and Darrin Gamble are no longer parties.

SO ORDERED this the 30 day of October, 2012.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge