**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**KEYLI CRUTHIS, CORTNY SPURLOCK,**
**and KRISTEN WHITWORTH**                                              **PLAINTIFFS**

**v.**                              **No. 4:12CV244 KGB**

**VISION'S, individually and d/b/a VISIONS and/or**
**d/b/a VISIONS CABARET; MINOR BOOTH, Individually**
**and d/b/a VISIONS and/or VISIONS CABARET**                **DEFENDANTS**

**ORDER**

Plaintiffs' motion to compel responses to discovery is granted in part and denied without prejudice in part (Dkt. No. 50). Separate defendant Vision's, individually and d/b/a Visions and/or d/b/a Visions Cabaret ("Visions"), is ordered to supplement its responses to Plaintiff Keyli Cruthis' First Set of Interrogatories and Plaintiff Keyli Cruthis' First Request for Production of Documents in light of the Court's Opinion and Order of August 7, 2013. Visions is ordered to supplement these responses within 14 days of the date of this Order.

To the extent Visions continues to take legal positions in response to this discovery that plaintiffs contend are unsupported in case law or inapplicable to the facts of this case, plaintiffs may renew their motion to compel citing with specificity the discovery request and legal position at issue.

SO ORDERED this 7th day of August, 2013.

_____
Kristine G. Baker
United States District Judge